# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | 1:21-MJ-00269-SH-1 |
| § | |
| CRAIG AARON TONDRE § | |

## O R D E R

Before the Court is the Government's Motion to Dismiss Criminal Complaint, filed August 3, 2021 (Dkt. 11). The Court finds the Motion to be meritorious.

Accordingly, it is **ORDERED** that the Government's Motion to Dismiss Criminal Complaint (Dkt. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Order Setting Conditions of Release for Craig Aaron Tondre issued April 14, 2021 (Dkt. 8) is **RESCINDED**.

**IT IS FURTHER ORDERED** that the Criminal Complaint filed in this case as to the Defendant, Craig Aaron Tondre (Dkt. 1), is hereby **DISMISSED** without prejudice.

**SIGNED** on August 4, 2021.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE